Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRINA R. PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERIVCE CORPORATION; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 17-cv-01049-PSG-PLA<br><br>Assigned to:<br>District Judge Philip S. Gutierrez<br>Courtroom: 6A, 6th Floor<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Date Filed: May 25, 2017 |

On November 13, 2017, the Court granted, without leave to amend, SELECT PORTFOLIO SERVICING, INC.'s ["SPS's"] Motion to Dismiss Plaintiff TRINA R. PATTERSON's First Amended Complaint. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed, with prejudice, in its entirety and that a Judgment of Dismissal be entered in favor of SPS and against Plaintiffs. Plaintiff is awarded nothing in this action against SPS.

Dated: 11/20/17

_____
Hon. Philip S. Gutierrez

E-FILED NOV 2 0 2017

4824-9577-5317.1
830902-157
- 1 -
[PROPOSED] JUDGMENT OF DISMISSAL
KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE